[No. 31056-9-I.   Division One.   December 6, 1993.]

ROY L. CATS, *Appellant*, v. KITSAP COUNTY SHERIFF'S
CIVIL SERVICE COMMISSION, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-08963-9, William L. Downing, J., entered
June 12, 1992. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 30893-9-I.   Division One.   December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA
KILEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-00714-4, Bobbe J. Bridge, J., entered April
14, 1992. *Dismissed* by unpublished opinion per Scholfield,
J., concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 31613-3-I.   Division One.   December 6, 1993.]

THE STATE OF WASHINGTON, *Plaintiff*, v. DWAINE EDWARD
NORTON, *Respondent*, JODY LYNN TAYLOR,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 84-5-00057-4, Gilbert E. Mullen, J., entered
September 28, 1992. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Webster, C.J., and Pekelis, J.